IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IVAN KILGORE,** | 2:07-cv-2485 GEB DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **RICHARD MANDEVILLE, et al.,** | |
| Defendants. | |

Defendants have filed a request for an extension of time to serve their responses to plaintiff's discovery requests. Good cause appearing, IT IS HEREBY ORDERED that defendants are granted twenty-one days, to and including October 9, 2008, to serve their responses to plaintiff's discovery requests.

DATED: September 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kilg2485.36disc