IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**IVAN KILGORE,**

                Plaintiff,

     v.

**RICHARD MANDEVILLE, et al.,**

                Defendants.

2:07-cv-2485 GEB DAD P

**ORDER**

Defendants have filed a second request for an extension of time to serve their responses to Plaintiff's requests for interrogatories. Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted twenty-one days, to and including October 19, 2008, to serve their responses.

DATED: October 17, 2008.

/kilg2485.36disc(2)

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE