IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

    Plaintiff,              2:07-cv-2485-GEB-DAD-P

  vs.

RICHARD MANDEVILLE, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On August 31, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 20, 2009, denying plaintiff's motion for a court order requiring a third party to answer written deposition questions. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

1

1  Therefore, IT IS HEREBY ORDERED that:

2  1. Plaintiff's August 31, 2009 motion for reconsideration (Doc. No. 50) is denied;

3  and

4  2. The order of the magistrate judge filed August 20, 2009 is affirmed.

5  Dated: September 24, 2009

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```