IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

      Plaintiff,                       No. CIV S-07-2485 GEB DAD P

    vs.

RICHARD MANDEVILLE, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Defendants have requested a forty-five day extension of time to file a motion for summary judgment in this action. Good cause appearing, the court will grant defendants' request.

        The court also notes, however, that on August 25, 2009, plaintiff filed a motion to compel. Defendants have not opposed the motion or otherwise responded to it. Under the court's April 15, 2008 order, the parties are required to brief motions concerning discovery. Accordingly, the court will direct defendants to file an opposition or a statement of non-opposition to plaintiff's motion to compel within twenty-one days. <u>See</u> Local Rule 230(l) (formerly Local Rule 78-230(m)).

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' December 2, 2009 motion for an extension of time (Doc. No. 52) is granted;

2. Defendants shall file any motion for summary judgment which they wish to pursue or before January 11, 2010; and

3. Defendants are directed to file an opposition or a statement of non-opposition to plaintiff's August 25, 2008 motion to compel within twenty-one days. Plaintiff shall file a reply, if any, in accordance with Local Rule 230(l).

DATED: December 7, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
kilg2485.36msj