IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

        Plaintiff,                  No. 2:07-cv-2485 GEB KJN P

    vs.

RICHARD MANDEVILLE, et al.,

        Defendant.            <u>ORDER</u>

_____/

        Plaintiff has filed two briefs seeking this court's intervention in defendants' allegedly dilatory conduct and incomplete responses to plaintiff's discovery requests (Dkt. Nos. 78, 79), the latter ordered by this court on June 21, 2010 (Dkt. No. 73). Preliminary review of plaintiff's briefs indicates that his positions may have merit.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants shall, within 14 days of the filing date of this order, file a response addressing each of plaintiff's concerns set forth in his "Opposition" (Dkt. No. 78) and "Motion" (Dkt. No. 79);

        2. Plaintiff may, within 14 days after service of defendants' response, file a reply; and

////

1    3. The discovery deadline of September 10, 2010, and dispositive motion
2    deadline of October 15, 2010, are vacated pending further order of this court.
3    SO ORDERED.
4    DATED: September 21, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kilg2485.misc