IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

       Plaintiff,                  No. 2:07-cv-2485 GEB KJN P

    vs.

RICHARD MANDEVILLE, et al.,

       Defendant.           ORDER

_____/

       Plaintiff has filed a request for status in this action (Dkt. No. 94), stating that he has not received copies of this court's orders filed after October 11, 2010.  The Clerk of Court has already sent plaintiff a copy of the last three pages of the docket sheet.  (Id.)  In addition, the Clerk of Court is hereby directed to send plaintiff one copy each of this court's orders filed May 4, 2011 (Dkt. No. 93) and June 9, 2011 (Dkt. No. 97).

       SO ORDERED.

DATED:  June 15, 2011

                                       _____
                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE

kilg2485.misc2

1