Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Kilgore

Plaintiff(s)

vs.

Mandeville et al

Defendants.
_____/

No.  2:07-cv-02485-GEB-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Edward Misleh, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on September 13, 2011, by the Honorable Magistrate Judge Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

$200.00 (approximately) to download documents from the PACER system. I have already incurred $142.00 for most of these documents to download 100 of the documents on file.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $200.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:07-cv-02485-GEB-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  23  day of  September , 20 11 , at  Sacramento , California.

Edward Misleh, CA State Bar # 273645
615 Tenth Street, Sacramento, CA 95814

Attorney for Plaintiff(s)

The above expenditure is __x__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: September 27, 2011

*Kendall J. Newman*

United States District Judge/Magistrate