IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

    Plaintiff,                    No. 2:07-cv-2485 GEB KJN P

    vs.

RICHARD MANDEVILLE, et al.,

    Defendants.              ORDER TO SHOW CAUSE

_____/

        On March 1, 2012, this court extended the deadline for defense counsel to serve, on plaintiff's counsel, each defendant's signed declaration that he or she has produced all relevant information in this action. (Dkt. No. 110.)  The court directed defense counsel to file, on or before March 16, 2012, a declaration demonstrating compliance with this requirement, or an explanation why this deadline could not reasonably be met. (Id. at 2.)  While defense counsel timely filed a status report in this action on March 28, 2012, the report makes no mention of the above-noted matter.  The status report filed by plaintiff's counsel indicates that he has not yet received each defendant's declaration.

////

////

////

Accordingly, IT IS HEREBY ORDERED that, within fourteen days after the filing date of this order, defense counsel shall file and serve a declaration explaining why she failed to comply with the above-noted portion of the court's order issued March 1, 2012; counsel shall also explain the current status of each defendant's declaration.

SO ORDERED.

DATED: April 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kilg2485.osc