1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IVAN KILGORE,

12                  Plaintiff,                  No. 2:07-cv-2485 GEB KJN P

13            vs.

14  RICHARD MANDEVILLE, et al.,            <u>ORDER</u> and

15                  Defendants.                 <u>FURTHER SCHEDULING ORDER</u>

16  _____/

17            For good cause shown, the order to show cause filed April 6, 2012 (Dkt. No. 113)

18  is hereby discharged.  The confidential response to the order to show cause, submitted by defense

19  counsel and reviewed in camera, shall not be filed under seal or otherwise made part of the

20  record in this case.[1]

21            Both defense counsel and recently-appointed counsel for plaintiff have filed

22  current status reports.  Pursuant to those reports, and the court's review of the docket, the court

23  sets the following deadlines.

24  ////

25  _____

26        [1]  The declaration of defense counsel addresses counsel's medical issues and the
    undersigned does not think that it is necessary to be made part of the record in this case.

1    Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that:

2        1.  The order to show cause filed April 6, 2012 (Dkt. No. 113), is discharged.

3        2.  The confidential response of defense counsel to the order to show cause shall

4    remain confidential; therefore, counsel's request to file her response under seal (Dkt. No. 114), is

5    denied as moot.

6        3.  Defense counsel shall, within fourteen days after the filing date of this order,

7    file and serve the declarations of the remaining defendants, or inform the court why any

8    declaration remains outstanding and the estimated date of its submission.

9        4.  Discovery shall proceed in this action through July 27, 2012; any motion filed

10   by plaintiff to request reinstatement of a previously-dismissed defendant shall be made on or

11   before July 27, 2012.

12       5.  Absent further order of this court, the deadline for filing dispositive motions

13   shall be September 29, 2012.

14       SO ORDERED.

15   DATED:  April 25, 2012

16

17

18   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

19   kilg2485.disch.osc.sched

20

21

22

23

24

25

26