IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

        Plaintiff,                    No. 2:07-cv-2485 GEB KJN P

    vs.

RICHARD MANDEVILLE, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On May 14, 2012, defendants' counsel informed the court that the subject declarations of each defendant had each been filed and served, with the exception of defendant Forshay. (Dkt. No. 116.) Counsel stated in pertinent part (<u>id.</u> at 2):

> Ms. Forshay retired from the California Department of Corrections and Rehabilitation (CDCR) and moved to Florida. Defendants' counsel has unsuccessfully attempted to contact Ms. Forshay by phone, and has sent the declaration for Ms. Forshay's review and signature to the last known address. Counsel hopes to have Ms. Forshay's signed declaration by the end of next week, May 25, 2012.

////

////

////

1       Discovery closes in this action on July 27, 2012.  Counsel shall, within ten days
2  after the filing date of this order, file and serve a statement informing the court as to the status of
3  defendant Forshay's declaration.
4       SO ORDERED.
5  DATED:  July 5, 2012

7       _____
        KENDALL J. NEWMAN
8       UNITED STATES MAGISTRATE JUDGE

9  kilg2485.query