IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

    Plaintiff,                      No. 2:07-cv-2485 GEB KJN P

    vs.

RICHARD MANDEVILLE, et al.,

    Defendants.                   <u>ORDER</u>

_____/

           Plaintiff is a state prisoner, proceeding with court-appointed counsel, in a civil rights action filed pursuant to 42 U.S.C. § 1983. Discovery closed in this action on July 27, 2012, and the dispositive motion deadline is September 29, 2012. (<u>See</u> Dkt. No. 115.) On August 13, 2012, plaintiff, acting in pro se, filed a document wherein he states that he contemporaneously sent a letter to his counsel, requesting review of the transcripts of defendants' depositions. Plaintiff states in pertinent part (Dkt. No. 120 at 1):

> I have reason to believe that appointed counsel . . . may have been incompetent during the deposition hearing due to a recent letter I received from him . . . . Upon review of these depositions, there is a possibility I will move for a substitution of counsel or reinstatement of my pro se status or co-counsel status. [¶] I am hereby requesting a 30-day grace period so as to determine whether or not appointed counsel competantly (sic) represented this action during the deposition hearing.

Plaintiff's request will be denied without prejudice – plaintiff's request to review defendants' deposition transcripts has been properly directed to plaintiff's counsel; there are no imminent deadlines in this action; and, while plaintiff is legally represented, he is required to appear in this court only through his appointed counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a thirty-day "grace period" (Dkt. No. 120), is denied without prejudice.

SO ORDERED.

DATED: August 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kilg2485.frthr.stat.